UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.H. and D.H., parents of P.H., a minor,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE PUBLIC SCHOOLS,<br><br>Defendant. | CASE NO. 2:23-cv-191 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO SET A BRIEFING SCHEDULE |

This matter comes before the Court on Plaintiffs J.H. and D.H. ("Parents") and Seattle Public Schools' (the "District's") Stipulated Motion to Set a Briefing Schedule ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The Court **ORDERS** that the briefing schedule for resolution of the District's appeal be as follows:

- The District's Opening Motion: due July 21, 2023, not to exceed 48 pages;
- Parents' Opposition and Cross-Motion: due September 5, 2023, not to exceed 48 pages;

- The District's Opposition and Reply:  due September 26, 2023, not to exceed 20 pages; and

- Parents' Reply:  due October 17, 2023, not to exceed 20 pages.

The issue of Parents' entitlement to attorneys' fees is reserved following a decision on the merits of the District's appeal.  Any such motion shall be filed within thirty (30) days of the Court's decision on the merits of the District's appeal.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 15, 2023.

Marsha J. Pechman
United States Senior District Judge